**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:13 CR 00148 |
| v. | : | JUDGE SARGUS |
| HAIDER ZAFAR, | : | ORAL HEARING REQUESTED |
| Defendant. | : | |

## MOTION FOR RECONSIDERATION OF DETENTION ORDER

Defendant, Haider Zafar, through undersigned counsel, respectfully moves this Court for a hearing to reconsider detention in his case. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,

**/s/ Samuel H. Shamansky**

SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
T: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

## MEMORANDUM

On May 28, 2013, Defendant made an initial appearance before Magistrate Judge Terrence P. Kemp.  At that time, Defendant waived his right to a detention hearing pursuant to 18 U.S.C. 3142(f), and Magistrate Kemp ordered him detained.  The waiver executed by Defendant included a reservation of the right to request a hearing at a later date, and the Magistrate's Order explicitly provided that a hearing may be held upon written motion.

Accordingly, Defendant respectfully requests that the Court schedule a detention hearing in this case.

Respectfully submitted,

**/s/ Samuel H. Shamansky**

SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
T: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Courts for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of the filing to Dale Williams, U.S. Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on July 25, 2013.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY