UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

    vs.

**NOTICE**
Case Number **CR-2-13-148**
**Judge Edmund A. Sargus, Jr.**

**HAIDER   ZAFAR,**
    Defendant.

**[ X ] TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | <u>The Joseph P. Kinneary</u> <br> <u>United States Courthouse</u> <br> **85 Marconi Boulevard** <br> **Columbus, Ohio  43215** | **Courtroom #2** <br> **Third Floor** <br> **AUGUST 22, 2013** <br> **THURSDAY, 1:30 PM** |
|---|---|---|

Type of Proceeding   **Hearing on Motion for Reconsideration of Detention Order**
                                  (Doc. #15)

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

  /S/ *Andy F. Quisumbing*

Date: July 26, 2013
(By) Andy F. Quisumbing
Courtroom Deputy
(614) 719-3244

Emailed to: Dale Williams, AUSA, Sam Shamansky, Esq.  U.S. PreTrial Services, U.S. Probation,  U.S. Marshal