UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAIDER ZAFAR,

    Defendant.

Case No. 2:13-CR-00148
JUDGE EDMUND A. SARGUS, JR.

### ORDER

This matter is before the Court for consideration of Defendant's Motion for Reconsideration of Detention Order, dated July 25, 2013. Doc. 15. The Court held a hearing on August 22, 2103 as to the propriety of the Magistrate Judge's Order of Detention Pending Trial. Doc. 6. For the reasons stated at the hearing, Defendant's motion is **DENIED**. The decision of the Magistrate Judge requiring detention of the Defendant pending trial shall remain in full force and effect.

**IT IS SO ORDERED.**

\_\_\_8-27-2013_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE