UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-V-                                    Case No. CR-2-13-148
                                       JUDGE SARGUS

HAIDER  ZAFAR,
    Defendant.


**[ X ]  TAKE NOTICE** that the **FINAL PRETRIAL CONFERENCE** previously set on **October 31,  2013**  in the above entitled action  has been  **RESCHEDULED** for

                **TUESDAY,  NOVEMBER  5,  2013**
                          **11:00 A.M.**


                                        **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**

                                        /S/ *Andy F. Quisumbing*
Date: October 25, 2013            (By) Andy F. Quisumbing
                                        Courtroom Deputy
                                        (614) 719-3244