# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**UNITED STATES OF AMERICA,**
          Plaintiff,

                              **NOTICE**
          vs.                 Case Number **CR-2-13-148**
                              **Judge Edmund A. Sargus, Jr.**

**HAIDER  ZAFAR**
          Defendant.

**[ X ]  TAKE NOTICE** that the **TRIAL** in the above entitled action set November 12,  2013  has been **RESCHEDULED for**

### Tuesday,  JANUARY 21, 2014,  9:00AM

### Final PreTrial Conference
reset for **Thursday, January 9, 2014**, at **11:00 A.M.**

                    **EDMUND A. SARGUS, JR.**
                    **UNITED STATES DISTRICT JUDGE**

                    */S/ Andy F. Quisumbing*
Date: November 5, 2013        (By) Andy F. Quisumbing
                    Courtroom Deputy
                    (614) 719-3244

Emailed to: Dale Williams,  AUSA, Sam Shamansky,  Esq., U.S. Pretrial, U.S. Probation, U.S. Marshal