**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:13-CR-00148 |
| v. | : | JUDGE SARGUS |
| HAIDER ZAFAR, | : | |
| Defendant. | : | |

**WITHDRAWAL OF MOTION FOR RECONSIDERATION OF DETENTION ORDER**

Defendant, Haider Zafar, through undersigned counsel, withdraws his Motion for Reconsideration of Detention Order filed in the above-captioned matter on May 8, 2014.

Respectfully submitted,

**/s/ Samuel H. Shamansky**

SAMUEL H. SHAMANSKY
Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
T: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Courts for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of the filing to Dale Williams, U.S. Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on June 5, 2014.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY