

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-2-13-148 |
|---|---|
| DEFENDANT<br>HAIDER ZAFAR | TYPE OF PROCESS<br>ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
**Assorted items of jewelry as more specifically described in the Preliminary Order of Forfeiture**

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
**c/o Internal Revenue Service, 401 North Front Street, Suite 375, Columbus, Ohio 43215**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Dale E. Williams<br>United States Attorney's Office<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 of 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
**11-IRS-000451 - 000460**

**PERSONAL SERVICE / ARREST PROPERTY**

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF X<br>DEFENDANT | TELEPHONE NO.<br>614-469-5715 | DATE<br>3/31/14 |
|---|---|---|---|
| *Michele Gwinn* (signature)<br>M. Gwinn for AUSA Williams | | | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>S/A Brian C. Salley | DATE<br>6/5/2014 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | AM<br>PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

**REMARKS:**

**TD F 90-22.48 (6/96)**