**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:13-CR-00148-EAS |
| v. | : | JUDGE SARGUS |
| HAIDER ZAFAR, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE**

Defendant, through undersigned counsel, respectfully moves the Court for an Order continuing the sentencing hearing in the above-captioned case. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
T: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

## MEMORANDUM

This case is currently set for a sentencing hearing on July 17, 2014, at 1:30 p.m. During the pendency of the case, Counsel for Defendant has communicated with Assistant United States Attorney Luis Perez, who indicated that a Rule 20 agreement to transfer Defendant's Florida case to the Southern District of Ohio would be completed before sentencing. For reasons unknown to Counsel, Mr. Perez recently stated that he is unable to complete the Rule 20 transfer by July 17, 2014. Counsel and Assistant United States Attorney Dale Williams have discussed this matter and agree that a continuance to complete the transfer prior to sentencing is in the interest of justice. Accordingly, Defendant respectfully requests a continuance of the sentencing hearing in the above-captioned case to a time and date convenient to the Court.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY
Ohio Supreme Court No. 0030772
523 South Third Street
Columbus, Ohio 43215
T: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Courts for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of the filing to Dale Williams, U.S. Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on July 8, 2014.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY