**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

                           **Case No. 2:13-CR-148**

    v.                        **JUDGE EDMUND A. SARGUS, JR.**

HAIDER ZAFAR,

      Defendant.

## <u>ORDER</u>

This matter is before the Court on the motion of Defendant Haider Zafar for a continuance in the sentencing hearing scheduled for July 17, 2014.  (ECF No. 45.)  During the pendency of the case, Counsel for Defendant has communicated with Assistant United States Attorney Luis Perez, who indicated that a Rule 20 agreement to transfer Defendant's Florida case to the Southern District of Ohio would be completed before sentencing.  Mr. Perez recently stated that he is unable to complete the Rule 20 transfer by July 17, 2014.  Defense Counsel and Assistant United States Attorney Dale Williams have discussed this matter and agree that a continuance to complete the transfer prior to sentencing is in the interest of justice.  This Court agrees and therefore **GRANTS** Defendant's motion and **DIRECTS** the Deputy Clerk to reschedule the sentencing hearing for August 21, 2014.

      IT IS SO ORDERED.


_7-15-2014_
**DATE**

                                **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**