IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.                       CASE NO. 2:13-cr-148
                             JUDGE SARGUS

HAIDER ZAFAR,

           DEFENDANT.

### SEALED MOTION TO UNSEAL SEARCH WARRANT AND SEIZURE WARRANT

Now comes the United States of America, by Carter M. Stewart, United States Attorney, and Dale E. Williams Jr., Assistant United States Attorney, both for the Southern District of Ohio, and respectfully requests that the search warrants and other documents filed in S.D. Ohio nos. 2:11-mj-015 and 2:11-mj-016 be unsealed.

                                               Respectfully submitted,

                                               CARTER M. STEWART
                                               United States Attorney

                                               _____
                                               DALE E. WILLIAMS, JR. (0020094)
                                               Assistant United States Attorney
                                               303 Marconi Boulevard, Suite 200
                                               Columbus, Ohio 43215
                                               (614) 469-5715;  Fax: (614) 469-5653
                                               Dale.Williams@usdoj.gov